UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULWAHID ABED AL DARBASS,

       Plaintiff,                            Civil Action No.
                                                    10-CV-15076

vs.

                                                      HON. MARK A. GOLDSMITH

USCIS,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING USCIS' MOTION TO DISMISS

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Randon, entered on November 4, 2011.  The Magistrate Judge recommends that USCIS' motion to dismiss as moot (Dkt. 7) be granted.  Plaintiff has not filed objections to the R&R and the time to do so has expired.  Thus, Plaintiff has waived any further right to appeal.  Thomas v. Arn, 474 U.S. 140, 155 (1985).  In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for correct reasons.

      Accordingly, the Magistrate Judge's R&R (Dkt. 10) is accepted and adopted as the findings and conclusions of the Court.  The motion to dismiss is granted.


      SO ORDERED.

      Dated: December 2, 2011                    s/Mark A. Goldsmith
      Flint, Michigan                             MARK A. GOLDSMITH
                                                      United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 2, 2011 December 2, 2011.

                                                        s/Deborah J. Goltz
                                                        DEBORAH J. GOLTZ
                                                        Case Manager